separate from the illegal reentry offense. *See id.* at 350.

AFFIRMED.

GREEN TREE SERVICING, L.L.C.; Walter Investment Management Corporation; Best Insurors, Incorporated; Mid State Capital, L.L.C.; Mid State Trust II; Mid State Trust III; Mid State Trust IV; Mid State Trust V; Mid State Trust VI; Mid State Trust VII; Mid State Trust VIII; Mid State Trust IX; Mid State Trust X; Mid State Trust XI; Wilmington Trust Company; Mid-State Capital Corporation 2004-1 Trust; Mid-State Capital Corporation 2005-1 Trust; Mid-State Capital Corporation 2006-1 Trust; Mid-State Capital Trust 2010-1, Plaintiffs-Appellees

v.

Marilyn MATHIS, Defendant-Appellant

No. 17-60104
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed November 14, 2017

Kaytie Michelle Pickett, Esq., Andrew Scott Harris, Adam Stone, Jones Walker, L.L.P., Jackson, MS, for Plaintiffs-Appellees

Mitchell Dee Thomas, Esq., Logan & Mayo, P.A., Newton, MS, Peter Emmanuel Ferraro, Ferraro Law Firm, Austin, TX, Jeffery P. Reynolds, Esq., Senior Attorney, Jeffery P. Reynolds, P.A., Jackson, MS, for Defendant-Appellant

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

This appeal is dismissed for want of jurisdiction based upon binding precedent in a virtually identical case. *Green Tree Servicing, L.L.C. v. Charles,* 872 F.3d 637 (5th Cir. 2017).

GREEN TREE SERVICING, L.L.C.; Walter Investment Management Corporation; Best Insurors, Incorporated; Mid State Capital, L.L.C.; Mid State Trust II; Mid State Trust III; Mid State Trust IV; Mid State Trust V; Mid State Trust VI; Mid State Trust VII; Mid State Trust VIII; Mid State Trust IX; Mid State Trust X; Mid State Trust XI; Wilmington Trust Company; Mid-State Capital Corporation 2004-1 Trust; Mid-State Capital

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Corporation 2005-1 Trust; Mid-State Capital Corporation 2006-1 Trust; Mid-State Capital Trust 2010-1, Plaintiffs-Appellees

v.

### Cassandra R. CAMPBELL, Defendant-Appellant

### No. 17-60106
### Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed November 14, 2017

Kaytie Michelle Pickett, Esq., Andrew Scott Harris, Adam Stone, Jones Walker, L.L.P., Jackson, MS, for Plaintiffs-Appellees

Mitchell Dee Thomas, Esq., Logan & Mayo, P.A., Newton, MS, Peter Emmanuel Ferraro, Ferraro Law Firm, Austin, TX, Jeffery P. Reynolds, Esq., Senior Attorney, Jeffery P. Reynolds, P.A., Jackson, MS, for Defendant-Appellant

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

This appeal is dismissed for want of jurisdiction based upon binding precedent in a virtually identical case. *Green Tree Servicing, L.L.C. v. Charles*, 872 F.3d 637 (5th Cir. 2017).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

GREEN TREE SERVICING, L.L.C.; Walter Investment Management Corporation; Best Insurors, Incorporated; Mid State Capital, L.L.C.; Mid State Trust II; Mid State Trust III; Mid State Trust IV; Mid State Trust V; Mid State Trust VI; Mid State Trust VII; Mid State Trust VIII; Mid State Trust IX; Mid State Trust X; Mid State Trust XI; Wilmington Trust Company; Mid-State Capital Corporation 2004-1 Trust; Mid-State Capital Corporation 2005-1 Trust; Mid-State Capital Corporation 2006-1 Trust; Mid-State Capital Trust 2010-1, Plaintiffs-Appellees

v.

### Marvell DUCKSWORTH; Roslyn Ducksworth, Defendants-Appellants

### No. 17-60109
### Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed November 14, 2017

Kaytie Michelle Pickett, Esq., Andrew Scott Harris, Adam Stone, Jones Walker, L.L.P., Jackson, MS, for Plaintiffs-Appellees

Mitchell Dee Thomas, Esq., Logan & Mayo, P.A., Newton, MS, Peter Emmanuel Ferraro, Ferraro Law Firm, Austin, TX,

the limited circumstances set forth in 5TH CIR. R. 47.5.4.